Entered

JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/04/14

CENTRAL DISTRICT OF CALIFORNIA
BY: KH   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN MILLAR COBB,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.  CV 14-0655 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: November 4, 2014

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE